
FILED
March 09, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001700021

# United States Bankruptcy Court
## Eastern District of California

In re   **DeLiddo & Associates, Inc.**   Debtor(s)

Case No.   **09-90452**
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DeLiddo & Associates, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 8, 2009**
Date

/s/ David C. Johnston
**David C. Johnston 71367**
Signature of Attorney or Litigant
Counsel for   **DeLiddo & Associates, Inc.**
**Gianelli & Associates**
**A Professional Law Corporation**
**P.O. Box 3212**
**Modesto, CA 95353-3212**
**(209) 521-6260 Fax:(209) 521-5971**
**ajohnston@gianelli-law.com**