Filed 03/22/09 Case 09-90452 Doc 28

```
FILED
March 22, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001725873
```

## United States Bankruptcy Court
### Eastern District of California

In re **DeLiddo & Associates, Inc.**, Debtor

Case No. **09-90452**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jack P. DeLiddo**<br>**P.O. Box 187**<br>**Salida, CA 95368** | **Common stock** | **100%** | **Ownership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 21, 2009**

Signature **/s/ Jack P. DeLiddo**
**Jack P. DeLiddo**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders