FILED
August 26, 2010 151
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D151

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | DeLiddo and Associates, Inc. |

**Case No :** 09−90452 − E − 7
**Date :** 8/25/10
**Time :** 10:30

**Matter :** [124] − Motion/Application for Standing to Pursue Claims, and Commence and Prosecute Adversary Porceeding, Against Debtor's Insider on Behalf of Bankruptcy Estate [DM−1] Filed by Creditor URS Corporation (sbam)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Carlene Walker
**Reporter :** Karen A. Sanders
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Creditor's Attorney − Geoffrey Heaton repr. URS Corporation
**Respondent(s) :**
    Debtor(s) Attorney − David C. Johnston
    Trustee − Stephen C. Ferlmann
    Trustee's Attorney − Carl W. Collins

### CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Confer Standing filed by Creditor URS Corporation having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion to Confer Standing filed by Creditor URS Corporation is denied.

Dated: August 26, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a
separate Notice of Entry of the attached Civil Minute Order.

Aron Oliner
1 Market Plaza Spear St Tower #2000
San Francisco, CA 94105−1104

Carl Collins
PO Box 3291
Modesto, CA 95353−3291

David Johnston
1014 16th St
PO Box 3212
Modesto, CA 95353−3212

DeLiddo and Associates, Inc.
PO Box 187
Salida, CA 95368

Stephen Ferlmann
PO Box 579375
Modesto, CA 95357