# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | DeLiddo and Associates, Inc. | **Case No :** | 09–90452 – E – 7 |
| | | **Date :** | 3/27/14 |
| | | **Time :** | 10:30 |
| **Matter :** | [244] – Motion/Application to Compromise Controversy/Approve Settlement Agreement with Edward and Michelle Erdelatz [CWC–8] Filed by Trustee Stephen C. Ferlmann (mgrs) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Cecilia Jimenez | | |
| **Reporter :** | Laura Fowler | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
    Trustee's Attorney – Carl W. Collins
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Compromise filed by the Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion to Compromise Controversy against Jack P. DeLiddo, relating to the estate's judicial lien, is granted and the respective rights and interests of the parties are settled on the Terms set forth in the Letter Offer from the Realtor of Edward and Michele Erdelatz and Seller's Estimated Settlement Statement, filed as Exhibit 1 in support of the motion on February 26, 2014 (Docket Number 247).

Dated: March 31, 2014

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court