# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | DeLiddo and Associates, Inc. | **Case No :** | 09–90452 – E – 7 |
| | | **Date :** | 11/20/2014 |
| | | **Time :** | 10:30 |

**Matter :** [267] – Motion/Application for Compensation [CWC–11] for Carl W. Collins, Trustee's Attorney(s). Filed by Carl W. Collins (ltas)

| | | | |
|---|---|---|---|
| **Judge :** | Ronald H. Sargis | **Courtroom Deputy :** | Cecilia Jimenez |
| **Department :** | E | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Allowance of Fees and Expenses filed by Carl W. Collins ("Applicant"), Attorney for the Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that Carl W. Collins is allowed the following fees and expenses as a professional of the Estate:

Carl W. Collins, Professional Employed by Trustee

Fees in the amount of $ 64,366.00
Expenses in the amount of $ 914.84,

IT IS FURTHER ORDERED that the Trustee is authorized to pay the fees allowed by this Order from the available funds of the Estate in a manner consistent with the order of distribution in a Chapter 7 case.

Dated: November 24, 2014

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court