STEPHEN C. FERLMANN
CHAPTER 7 TRUSTEE
4120 DALE ROAD # J-8 # 184
MODESTO, CA 95356

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                          §
                                                §
DELIDDO AND ASSOCIATES, INC.                    §          Case No. 09-90452
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter       of the United States Bankruptcy Code was filed on
        .  The case was converted to one under Chapter 7 on                .  The
undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

              Funds were disbursed in the following amounts:

              Payments made under an interim
              disbursement
              Administrative expenses
              Bank service fees
              Other payments to creditors
              Non-estate funds paid to 3rd Parties
              Exemptions paid to the debtor
              Other payments to the debtor

              Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/STEPHEN C. FERLMANN TRUSTEE_____
                                     Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Filed 12/23/14    Case 09-90452    Doc 281

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-90452 | RHS |
| Case Name: | DELIDDO AND ASSOCIATES, INC. | |
| For Period Ending: | 10/23/2014 | |

| | |
|---|---|
| Judge: | RONALD H. SARGIS |

| | |
|---|---|
| Trustee Name: | STEPHEN C. FERLMANN TRUSTEE |
| Date Filed (f) or Converted (c): | 01/29/2010 (c) |
| 341(a) Meeting Date: | 03/12/2010 |
| Claims Bar Date: | 07/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  UNION BANK OF CALIFORNIA-CHECKING | 15,906.00 | 4,441.61 | | 4,441.61 | FA |
| 2.  DEPOSIT SUPERIOR COURT N.J. | 100,000.00 | 0.00 | | 0.00 | FA |
| 3.  DEPOSIT PG & E | 1,250.00 | 0.00 | | 0.00 | FA |
| 4.  BAKER VALLEY SCHOOL DIST-ACCOUNTS REC. | 200,000.00 | 125,000.00 | | 135,000.00 | FA |
| 5.  CLAIM-URS-GM LONG BEACH | 210,000.00 | 0.00 | | 0.00 | FA |
| 6.  CLAIM-CONSTELLATION ENERGY JET AVAIATION | 40,000.00 | 0.00 | | 0.00 | FA |
| 7.  CLAIM-UNISOLAR-DOE CONTRACT | 100,000.00 | 0.00 | | 0.00 | FA |
| 8.  CLAIM-URS JET AVIAT. PH 2 BREACH OF CONTRACT | 593,748.00 | 0.00 | | 0.00 | FA |
| 9.  CLAIM-URS JET AVIAT. PH 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 10.  CLAIM-URS RENTS LONG BEACH & GM | 450,000.00 | 0.00 | | 0.00 | FA |
| 11.  CLAIM-MMA RENEWAL VENT. | 1,250,000.00 | 0.00 | | 0.00 | FA |
| 12.  OLD RYDER BOX TRUCK | 4,000.00 | 0.00 | | 0.00 | FA |
| 13.  OFFICE EQUIPMENT | 10,000.00 | 0.00 | | 0.00 | FA |
| 14.  JET AVIATION INSTALLATION-CONTRACT | 235,000.00 | 235,000.00 | | 175,000.00 | FA |
| 15.  SHEET METAL WORK EQUIPMENT | 10,000.00 | 0.00 | | 0.00 | FA |
| 16.  RENEWAL ENERGY CREDITS | Unknown | 0.00 | | 0.00 | FA |
| 17.  REFUND FROM PAYCHEX                     (u) | 0.00 | 941.00 | | 941.00 | FA |
| 18.  VOID                                             (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19.  PREFERENCE PETERSON CONSTUCTION ROOFING (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 20.  VOID                                             (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21.  PREFERENCE INOVATEUS SOLAR             (u) | 0.00 | 75,000.00 | | 75,000.00 | FA |
| 22.  PREFERENCE JACK DELIDDO ADVERSARY     (u) | 0.00 | 20,000.00 | | 10,000.00 | FA |
| 23.  SHAREHOLDER ADVANCES & LOANS | 1,918,504.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-90452 | RHS | Judge: | RONALD H. SARGIS | Trustee Name: | STEPHEN C. FERLMANN TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DELIDDO AND ASSOCIATES, INC. | | | | Date Filed (f) or Converted (c): | 01/29/2010 (c) |
| | | | | | 341(a) Meeting Date: | 03/12/2010 |
| For Period Ending: | 10/23/2014 | | | | Claims Bar Date: | 07/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits      (u) | Unknown | N/A | | 2.04 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,288,408.00 | $463,882.61 | | $403,884.65 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/12/11 Initiated adversary complaints against Baker Valley School District; Inovateus Solar
2/12/11 Entered amendments 7/9/2010
2/17/11 Filed adversary proceeding against Gary A. Clark and Bradley Peterson.
2/18/11 Filed adversary cases against Jack P. DeLiddo;  California New Power.
2/22/11 Filed adversary cases against 532 North Sierra LLC; Clairvoyant, LLC.
5/7/11 Order entered approving compromise with Baker Valley School District.
Receive $125,000 from Baker Valley Sch. Dist. pursuant to compromise.
7/27/11 Order entered approving compromise with Bradley Peterson for $3,500.00.
Proceeds from Peterson received.
9/7/11 Order entered approving compromise with 532 North Sierra for $175,000.00.
Proceeds from North Sierra received.
2/10/12 Judgment entered against Jack DeLiddo on adversary proceeding for $1.7 MM.
2/22/12 Settled adversary proceeding against innovateus Solar for $75,000.00 approved by Court.
4/25/12 Proceeding with judgment recovery efforts against Jack P. DeLiddo.
7/25/12 Filed Judgment lien  against lawsuit seeking monetary damages filed by DeLiddo in effort to recover judgment.
October 30, 2012, 08:39 am Review status of litigation involving DeLiddo.
December 10, 2012, 11:05 Review status of Deliddo litigation.
February 25, 2013, 03:50 pm Review status of litigation involving DeLIddo as Plaintiff in U.S. Dist. Court.
June 10, 2013, 11:26 am, Lawsuit filed by Jack DeLiddo dismissed. Estate received no payment on its lien filed in the District Court proceedings.
September 17, 2013, Court entered order approving appointment of JNR to collect judgment against J. DeLIddo.
January 23, 2014, JNR unable to recover any portion of judgment.
March 19, 2014, Negotiate sale of judgment against Jack Deliddo for $5,000. Sale subject to Court approval.
June 26, 2014, Sell Judgment against Jack Deliddo in open court for $7,500 to URS.
July 14, 2014, Receive payment from URS for sale of Judgment against Jack DeLiddo.
July 30, 2014, Submit final estate tax returns to IRS and FTB.
October 7, 2014 review and approve professional fee apps.

Case 09-90452

RE PROP #        14   --   532 North Sierra to  recover.  Settled for $175,000.

Initial Projected Date of Final Report (TFR): 06/01/2011          Current Projected Date of Final Report (TFR): 12/31/2014          Exhibit A

Filed 12/23/14                    Case 09-90452                    Doc 281

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-90452
Case Name: DELIDDO AND ASSOCIATES, INC.

Trustee Name: STEPHEN C. FERLMANN TRUSTEE
Bank Name: Preferred Bank
Account Number/CD#: XXXXXX1852
Checking Account

Taxpayer ID No: XX-XXX4949
For Period Ending: 10/23/2014

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/11 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $295,711.36 | | $295,711.36 |
| 03/09/12 | 21 | INOVATEUS SOLAR, LLC BARNES & THORNBURG LLPIOLTA TRUST ACCT | PREFERENCE PAID IN FULL | 1241-000 | $75,000.00 | | $370,711.36 |
| 03/21/12 | 3002 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST, SUITE 420NEW ORLEANS, LA 70139 | BOND # 016048575 1/11/12 TO 1/1/13 | 2300-000 | | $293.86 | $370,417.50 |
| 02/12/13 | | PREFERRED BANK | BANK SERVICE FEE | 2600-000 | | $385.85 | $370,031.65 |
| 02/15/13 | 3003 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST, SUITE 420NEW ORLEANS, LA 70139 | bond # 016048575 1/1/13 to 1/1/14 | 2300-000 | | $312.01 | $369,719.64 |
| 03/01/13 | | PREFERRED BANK | BANK SERVICE FEE | 2600-000 | | $385.51 | $369,334.13 |
| 03/15/13 | 3004 | FRANCHISE TAX BOARD P.O. Box 942857Sacramento, CA 94257-0531 | Extention for 2012 Return | 2820-000 | | $800.00 | $368,534.13 |
| 04/01/13 | | Preferred Bank | BANK SERVICE FEE | 2600-000 | | $384.56 | $368,149.57 |
| 05/01/13 | | Preferred Bank | BANK SERVICE FEE | 2600-000 | | $383.49 | $367,766.08 |
| 06/03/13 | | Preferred Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $383.09 | $367,382.99 |
| 06/12/13 | | Transfer to Acct # xxxxxx3784 | Transfer of Funds | 9999-000 | | $367,382.99 | $0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | $370,711.36 | $370,711.36 |
| Less: Bank Transfers/CD's | | $295,711.36 | $367,382.99 |
| Subtotal | | $75,000.00 | $3,328.37 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $75,000.00 | $3,328.37 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Page Subtotals:                    $370,711.36          $370,711.36

Filed 12/23/14 Case 09-90452 Doc 281

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-90452
Case Name: DELIDDO AND ASSOCIATES, INC.

Trustee Name: STEPHEN C. FERLMANN TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX7597
Money Market Account

Taxpayer ID No: XX-XXX4949
For Period Ending: 10/23/2014

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/10 | 1 | UNION BANK San Francisco, CA800-238-4486 | proceeds from Union Bank Acct | 1129-000 | $4,441.61 | | $4,441.61 |
| 03/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.17 | | $4,441.78 |
| 04/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.18 | | $4,441.96 |
| 05/28/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.17 | | $4,442.13 |
| 06/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.20 | | $4,442.33 |
| 07/16/10 | 17 | PAYCHEX INC/TAXPAY 911 Panorama Trail SouthRochester, NY 14625-0397 | Receipt of pre-conversion refund | 1229-000 | $941.00 | | $5,383.33 |
| 07/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.19 | | $5,383.52 |
| 08/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.22 | | $5,383.74 |
| 09/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.21 | | $5,383.95 |
| 10/29/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.20 | | $5,384.15 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.22 | | $5,384.37 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $0.22 | | $5,384.59 |
| 01/27/11 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.06 | | $5,384.65 |
| 01/27/11 | | Transfer to Acct # XXXXXX7605 | Final Posting Transfer | 9999-000 | | $5,384.65 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,384.65 | $5,384.65 |
| Less: Bank Transfers/CD's | $0.00 | $5,384.65 |
| Subtotal | $5,384.65 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $5,384.65 | $5,384.65 |

Filed 12/23/14 Case 09-90452 Net $5,384.65 $0.00 Doc 281

Exhibit B

Page Subtotals: $0.00 $0.00

Filed 12/23/14 Case 09-90452 Doc 281

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-90452

Case Name: DELIDDO AND ASSOCIATES, INC.

Trustee Name: STEPHEN C. FERLMANN TRUSTEE

Bank Name: Union Bank

Account Number/CD#: XXXXXX7605

Checking Account

Taxpayer ID No: XX-XXX4949

For Period Ending: 10/23/2014

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/11 | | Transfer from Acct # XXXXXX7597 | Transfer In From MMA Account | 9999-000 | $5,384.65 | | $5,384.65 |
| 03/14/11 | 3001 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA 94257-0551 | income taxes--state 2010 state taxes 2010 | 2820-000 | | $800.00 | $4,584.65 |
| 05/31/11 | 3002 | INTERNATIONAL SURETIES, LTD Suite 420701 Poydras St.New Orleans, LA 90139 | Blanket Bond | 2300-000 | | $2.00 | $4,582.65 |
| 06/15/11 | 3003 | COLLINS, CARL W. 1127 12th Street, Ste 202Modesto, CA 95354 | Reimbursement Adversary Filing Fees Estate v. Jack Deliddo 11-9017 Estate v. CA New Power 11-9018 Estate v. 532 North Sierra LLC 11-9019 Estate v. Clairvoyant LLC 11-9020 | 2700-000 | | $1,000.00 | $3,582.65 |
| 06/23/11 | 4 | BAKER VALLEY UNIFIED SCHOOL DISTRIC P.O. Box 460Baker, CA 92309 | settlement check | 1121-000 | $135,000.00 | | $138,582.65 |
| 06/28/11 | 3004 | BANK OF THE SIERRA c/o Jan Perkins/Reid EverettPERKINS, MANN & EVERETT2222 W. Shaw Ave., Ste 202Fresno, CA 93711 | Settlement-Baker Vall. Sch. Dist. Proceeds due Bank per settlement w/ Baker Valley Sch. Dist. | 4120-000 | | $10,000.00 | $128,582.65 |
| 07/05/11 | 3005 | INTERNATIONAL SURETIES Suite 420701 Poydras St.New Orleans, LA 70139 | Blanket Bond #016030865 | 2300-000 | | $4.33 | $128,578.32 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $314.66 | $128,263.66 |
| 10/11/11 | 19 | PETERSON, BRADLEY S RCI Roofing Co | PREFERENCE | 1241-000 | $3,500.00 | | $131,763.66 |
| 10/14/11 | 14 | USBANK | 532 north sierra llc | 1129-000 | $175,000.00 | | $306,763.66 |
| 10/19/11 | 3006 | RYAN, CHRISTIE, QUINN & HORN Certified Public Accountants575 E. LOCUST, SUITE 102FRESNO, CA 93720 | ACCOUNTANTS FEES/EXPENSES | 3410-000 | | $9,750.00 | $297,013.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $318,884.65          $21,870.99

Filed 12/23/14 Case 09-90452 **FORM 2** Doc 281

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-90452
Case Name: DELIDDO AND ASSOCIATES, INC.

Trustee Name: STEPHEN C. FERLMANN TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX7605
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX4949
For Period Ending: 10/23/2014

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $314.66 | $296,699.00 |
| 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $508.87 | $296,190.13 |
| 12/21/11 | | Union Bank 1980 Saturn StreetMonterey Park, CA 91755 | BANK FEES | 2600-000 | | $478.77 | $295,711.36 |
| 12/21/11 | | Trsf To Preferred Bank | FINAL TRANSFER | 9999-000 | | $295,711.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $318,884.65 | $318,884.65 |
| Less: Bank Transfers/CD's | $5,384.65 | $295,711.36 |
| Subtotal | $313,500.00 | $23,173.29 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $313,500.00 | $23,173.29 |

Page Subtotals:                    $0.00          $297,013.66

Filed 12/23/14

Case 09-90452

Doc 281

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-90452 | Trustee Name: STEPHEN C. FERLMANN TRUSTEE |
| Case Name: DELIDDO AND ASSOCIATES, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX3784 |
| | Checking |
| Taxpayer ID No: XX-XXX4949 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2014 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/12/13 | | Transfer from Acct # xxxxxx1852 | Transfer of Funds | 9999-000 | $367,382.99 | | $367,382.99 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.67 | $367,048.32 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $545.93 | $366,502.39 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $545.39 | $365,957.00 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $527.00 | $365,430.00 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $543.75 | $364,886.25 |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $525.46 | $364,360.79 |
| 01/06/14 | 3001 | LTD INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND ACCOUNT # 016048575 | 2300-000 | | $291.60 | $364,069.19 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $542.18 | $363,527.01 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $541.17 | $362,985.84 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $487.92 | $362,497.92 |
| 04/08/14 | 22 | PLACER TITLE CO | PARTIAL SETTLEMENT CONSIDERATION FOR RELEASE OF ABSTRACT OF JUDGMENT LIEN. | 1241-000 | $2,500.00 | | $364,997.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*      Page Subtotals:      $369,882.99      $4,885.07

Filed 12/23/14 Case 09-90452 Doc 281

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 09-90452 | | Trustee Name: STEPHEN C. FERLMANN TRUSTEE | Exhibit B |
| Case Name: DELIDDO AND ASSOCIATES, INC. | | Bank Name: Union Bank | |
| | | Account Number/CD#: XXXXXX3784 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX4949 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/23/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $539.34 | $364,458.58 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $523.76 | $363,934.82 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $541.57 | $363,393.25 |
| 07/15/14 | 22 | URS P.O. BOX 201088 AUSTIN, TX 78720-1088 | final payment judment | 1241-000 | $7,500.00 | | $370,893.25 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $523.31 | $370,369.94 |
| 07/29/14 | 3002 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0651 | 2011 Taxes Tax ID# 77-0444949 | 2810-000 | | $1,744.00 | $368,625.94 |
| 07/29/14 | 3003 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0651 | 2013 TAXES TAX ID# 77-0444949 | 2810-000 | | $822.00 | $367,803.94 |
| 07/29/14 | 3004 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0651 | 2014 taxes Tax ID# 77-0444949 | 2810-000 | | $800.00 | $367,003.94 |
| 07/29/14 | 3005 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0651 | 2009 taxes Tax ID# 77-0444949 | 2810-000 | | $835.00 | $366,168.94 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $545.33 | $365,623.61 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $545.57 | $365,078.04 |
| 09/30/14 | 3006 | STEVEN S. ALTMAN ESQUIRE 1127 12TH STREET, SUITE 203 MODESTO, CA 95354 | COURT ORDERED FEES 4/6/12 | 3991-000 | | $3,000.00 | $362,078.04 |

| UST Form 101-7-TFR (5/1/2011) (Page: 12) | Page Subtotals: | $7,500.00 | $10,419.88 |

Filed 12/23/14 Doc 281

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-90452 | Trustee Name: STEPHEN C. FERLMANN TRUSTEE |
| Case Name: DELIDDO AND ASSOCIATES, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX3784 |
| | Checking |
| Taxpayer ID No: XX-XXX4949 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2014 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/21/14 | 3007 | DAVID C. JOHNSTON ESQUIRE 1600 G. Street, Suite 102 Modesto, CA 95354 | final distribution | 3991-000 | | $5,979.94 | $356,098.10 |

| | | |
|---|---|---|
| COLUMN TOTALS | $377,382.99 | $21,284.89 |
| Less: Bank Transfers/CD's | $367,382.99 | $0.00 |
| Subtotal | $10,000.00 | $21,284.89 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $21,284.89 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $5,979.94 |

Filed 12/23/14  Case 09-90452  Doc 281

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1852 - Checking Account | $75,000.00 | $3,328.37 | $0.00 |
| XXXXXX3784 - Checking | $10,000.00 | $21,284.89 | $356,098.10 |
| XXXXXX7597 - Money Market Account | $5,384.65 | $0.00 | $0.00 |
| XXXXXX7605 - Checking Account | $313,500.00 | $23,173.29 | $0.00 |
| | $403,884.65 | $47,786.55 | $356,098.10 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $403,884.65 |
| Total Gross Receipts: | $403,884.65 |

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 9:09-90452-RHS                                             Date: October 23, 2014
Debtor Name: DELIDDO AND ASSOCIATES, INC.
Claims Bar Date: 7/15/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 22<br>40<br>5200 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | paid in full per document filed 6/12/12 attached to the claim | $0.00 | $0.00 | $0.00 |
| 23<br>40<br>5200 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $400.00 | $400.00 |
| 2<br>40<br>5800 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Priority | | $0.00 | $300.00 | $300.00 |
| 20<br>40<br>5800 | FRANCHISE TAX BOARD<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | Priority | (20) Amends Claim #11 ; Exhibit(s) docketed in the main case 4/18/11 | $0.00 | $48,388.58 | $48,388.58 |
| 100<br>2100 | STEPHEN C. FERLMANN<br>TRUSTEE<br>4120 DALE ROAD STE J-8, #184<br>MODESTO, CA 95356 | Administrative | | $0.00 | $23,444.23 | $23,444.23 |
| 100<br>2200 | STEPHEN C. FERLMANN<br>TRUSTEE<br>4120 DALE ROAD STE J-8, #184<br>MODESTO, CA 95356 | Administrative | | $0.00 | $449.26 | $449.26 |
| 100<br>2700 | CARL COLLINS ESQUIRE<br>P.O. BOX 3291<br>MODESTO, CA 95353 | Administrative | | $0.00 | $1,914.84 | $1,914.84 |
| 100<br>2820 | FRANCHISE TAX BOARD<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Administrative | | $0.00 | $800.00 | $800.00 |
| 100<br>2820 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0651 | Administrative | | $0.00 | $800.00 | $800.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 9:09-90452-RHS       Date: October 23, 2014
Debtor Name: DELIDDO AND ASSOCIATES, INC.
Claims Bar Date: 7/15/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20-5 100 2820 | FRANCHISE TAX BOARD P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | Administrative | | $0.00 | $4,595.16 | $4,595.16 |
| 15 100 2950 | UNITED STATES TRUSTEE Office of the United States Trustee 501 I St #7-500 Sacramento, CA 95814 | Administrative | Amended | $0.00 | $650.00 | $650.00 |
| 100 3210 | CARL W. COLLINS 1127 12th ST. #106 PO BOX 3291 MODESTO, CA 95354 | Administrative | | $0.00 | $64,366.00 | $64,366.00 |
| 100 3410 | QUINN & HORN RYAN CHRISTIE Certified Public Accountants 575 E. LOCUST, SUITE 102 FRESNO, CA 93720 | Administrative | | $0.00 | $35,045.00 | $35,045.00 |
| 100 3991 | STEVEN S. ALTMAN ESQUIRE 1127 12TH STREET, SUITE 203 MODESTO, CA 95354 | Administrative | | $0.00 | $3,000.00 | $3,000.00 |
| 100 3991 | DAVID C. JOHNSTON 1600 G. Street, Suite 102 Modesto, CA 95354 | Administrative | | $0.00 | $5,979.94 | $5,979.94 |
| 1 300 7100 | SQUARE D COMPANY Michael A. Wisniewski 1415 S Roselle Rd Palatine, IL 60067 | Unsecured | | $0.00 | $145,979.48 | $145,979.48 |
| 6 300 7100 | STATE FUND NCCS PO Box 13765 Sacramento, CA 95853 | Unsecured | | $0.00 | $8,429.87 | $8,429.87 |
| 7 300 7100 | FIRST NATIONAL BANK OF OMAHA 1620 Dodge St Stop Code 3105 Omaha, NE 68197 | Unsecured | | $0.00 | $5,342.89 | $5,342.89 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 9:09-90452-RHS                                        Date: October 23, 2014
Debtor Name: DELIDDO AND ASSOCIATES, INC.
Claims Bar Date: 7/15/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge St Stop Code 3105<br>Omaha, NE  68197 | Unsecured | | $0.00 | $265.69 | $265.69 |
| 10<br>300<br>7100 | AEE SOLAR, INC.<br>Attn: Legal Dept.<br>775 Fiero Ln #200<br>San Luis Obispo, CA  93401 | Unsecured | | $0.00 | $86,921.10 | $86,921.10 |
| 12<br>300<br>7100 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge St Stop Code 3105<br>Omaha, NE  68197 | Unsecured | | $0.00 | $1,861.36 | $1,861.36 |
| 13<br>300<br>7100 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge St Stop Code 3105<br>Omaha, NE  68197 | Unsecured | | $0.00 | $5,323.94 | $5,323.94 |
| 14<br>300<br>7100 | N. A. UNION BANK<br>Attn: G. Calica<br>PO Box 85443 LRU-M711<br>San Diego, CA  92186-5443 | Unsecured | | $0.00 | $5,885.27 | $5,885.27 |
| 17<br>300<br>7100 | BEVINS AND MCC WALSWORTH FRANKLIN<br>Attn: Lawrence E. Duffy, Jr.<br>1 City Blvd W 5th Fl<br>Orange, CA  92868-3677 | Unsecured | | $0.00 | $169,400.81 | $169,400.81 |
| 18<br>300<br>7100 | SAIBER LLC<br>18 Columbia Turnpike #200<br>Florham Park, NJ  07932 | Unsecured | Duplicate claim (#5) | $0.00 | $41,757.04 | $41,757.04 |
| 19<br>300<br>7100 | GRIMBLEBY COLEMAN CPA'S,INC.<br>200 W Roseburg Ave<br>Modesto, CA  95350 | Unsecured | | $0.00 | $46,150.84 | $46,150.84 |
| 21<br>300<br>7100 | URS CORPORATION<br>c/o Aron M. Oliner<br>Duane Morris LLP<br>1 Market Plaza Spear St #2200<br>San Francisco, CA  94105-1127 | Unsecured | (21) Amends Claim Number 4 | $0.00 | $1,648,782.70 | $1,648,782.70 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 9:09-90452-RHS                                                                Date: October 23, 2014
Debtor Name: DELIDDO AND ASSOCIATES, INC.
Claims Bar Date: 7/15/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 24<br>300<br>7100 | Inovateus solar<br>C/O JOHN W. MILLS III<br>ESQUIRE<br>2049 CENTURY PARK EAST,<br>35TH FLOOR<br>LOS ANGELES, CA 90067 | Unsecured | | $0.00 | $107,500.00 | $107,500.00 |
| 3<br>400<br>4210 | URS CORPORATION<br>c/o Aron M. Oliner<br>1 Market Plaza Spear Street Tower<br>#200<br>San Francisco, CA 94015-1104 | Secured | secured judgment | $0.00 | $271,538.00 | $271,538.00 |
| 9<br>400<br>4210 | BANK OF THE SIERRA<br>c/o Christopher E. Seymour<br>5260 N Palm Ave #221<br>Fresno, CA 93704 | Secured | Claim subject to settlement of Baker Valley School District litigation. See Doc. 169,,,, secured | $0.00 | $311,000.00 | $311,000.00 |
| 999<br>2300 | LTD INTERNATIONAL<br>SURETIES<br>701 POYDRAS ST, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $6.33 | $6.33 |
| BOND<br>999<br>2300 | LTD INTERNATIONAL<br>SURETIES<br>701 POYDRAS ST, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | Extended Check Description Notes from conversion:<br>1/11/12 TO 1/1/13 | $0.00 | $605.87 | $605.87 |
| | Case Totals | | | $0.00 | $3,046,884.20 | $3,046,884.20 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-90452
Case Name: DELIDDO AND ASSOCIATES, INC.
Trustee Name: STEPHEN C. FERLMANN TRUSTEE

Balance on hand                                     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | URS CORPORATION | $ | $ | $ | $ |
| 9 | BANK OF THE SIERRA | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                               $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEPHEN C. FERLMANN TRUSTEE | $ | $ | $ |
| Trustee Expenses: STEPHEN C. FERLMANN TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: CARL W. COLLINS | $ | $ | $ |
| Accountant for Trustee Fees: QUINN & HORN RYAN CHRISTIE | $ | $ | $ |
| Charges: CARL COLLINS ESQUIRE | $ | $ | $ |
| Fees: UNITED STATES TRUSTEE | $ | $ | $ |
| Other: DAVID C. JOHNSTON | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: FRANCHISE TAX BOARD | $ | $ | $ |
| Other: FRANCHISE TAX BOARD | $ | $ | $ |
| Other: LTD INTERNATIONAL SURETIES | $ | $ | $ |
| Other: STEVEN S. ALTMAN ESQUIRE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance          $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 20 | FRANCHISE TAX BOARD | $ | $ | $ |
| 22 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 23 | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $               have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SQUARE D COMPANY | $ | $ | $ |
| 6 | STATE FUND | $ | $ | $ |
| 7 | FIRST NATIONAL BANK OF OMAHA | $ | $ | $ |
| 8 | FIRST NATIONAL BANK OF OMAHA | $ | $ | $ |
| 10 | AEE SOLAR, INC. | $ | $ | $ |
| 12 | FIRST NATIONAL BANK OF OMAHA | $ | $ | $ |
| 13 | FIRST NATIONAL BANK OF OMAHA | $ | $ | $ |
| 14 | N. A. UNION BANK | $ | $ | $ |
| 17 | BEVINS AND MCC WALSWORTH FRANKLIN | $ | $ | $ |
| 18 | SAIBER LLC | $ | $ | $ |
| 19 | GRIMBLEBY COLEMAN CPA'S,INC. | $ | $ | $ |
| 21 | URS CORPORATION | $ | $ | $ |
| 24 | Inovateus solar | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                    $_____

 

 

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE