1  | Stephen C. Ferlmann (SBN: 214881)
2  | Chapter 7 Trustee
   | 4120 Dale Rd., Ste J-8 #184
3  | MODESTO, CA 95356
   | Tel: (209) 236-1311
4  | Fax: (209) 236-1811

5  | TRUSTEE

6

7  | IN THE UNITED STATES BANKRUPTCY COURT

8  | FOR THE EASTERN DISTRICT OF CALIFORNIA

9  | (Modesto Division)

10

| In Re: | Case No: 09-90452 |
|---|---|
| DELIDDO AND ASSOCIATES, INC., | Chapter 7 Case |
| P.O. Box 187 Salida, CA 95368 | DC No. SCF -1 |
| Tax ID/EIN 77-0444949 | **ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES** |
| Debtor. | |

Stephen C. Ferlmann, Trustee of the above-entitled estate,

(a)     having  filed herein Trustee's Final Report and Proposed Distribution which incorporated Trustee's request for compensation and expenses; and

(b)     written notice of the Report and Trustee's request for compensation and expenses having been given to all parties in interest,

IT IS HEREBY ORDERED that the Trustee is awarded:

(1) $ 23,444.23 as reasonable compensation under 11 U.S.C.§§ 330(a)(1) and 326(a); and

(2) $ 449.26 as actual, necessary expenses under 11 U.S.C. §§ 330(a)(2)

Dated: January 22, 2015                    By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

RECEIVED
January 21, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005426568

e's Compensation and Expenses